IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-02297-WYD-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

ROBERT D.  HOUNSHELL, SR., et al

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the United States' Unopposed Motion for Leave to Permit Counsel to Appear Telephonically at February 10, 2009 Conference, Docket Number **7**, filed with the Court on January 28, 2009, is GRANTED.  The Plaintiff's out-of-town counsel   shall contact this court by calling (303) 844-2403 to participate at the scheduling conference on February 10, 2009, at 8:30 a.m. (MDT).

Date: February 06, 2009