IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02297-WYD-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

ROBERT D. HOUNSHELL, SR., et al

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED Defendants' Unopposed Motion to Vacate February 10, 2009 Scheduling/Planning Conference [Docket No. **11,** Filed February 09, 2009] is GRANTED. The Scheduling/Planning Conference set February 10, 2009 at 8:30 a.m. is VACATED. Parties shall file a stipulated Motion to Dismiss on or before **March 09, 2009** or show cause why this case should not be dismissed.

Date: January 30, 2009