IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02297-WYD-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT D. HOUNSHELL, SR.; and
SHIRLEY A. HOUNSHELL,

    Defendants.

## ORDER FOR ENTRY OF JUDGMENT

Based on the Stipulation for Judgment between the parties, filed March 9, 2009 [#15], it is hereby

ORDERED AND ADJUDGED that:

Judgment be entered in favor of Plaintiff United States of America and against Defendants Robert and Shirley Hounshell for federal tax assessments for income tax liabilities for the tax years 1992, 1993, 1994, and 2002, in the amount of $333,482.94, calculated as of December 31, 2008, and such additional interest as continues to accrue pursuant to 28 U.S.C. §1961(c)(1) and 26 U.S.C. §6621, from December 31, 2008 until paid in full. It is

FURTHER ORDERED that this action is **DISMISSED WITH PREJUDICE**, and that the parties shall bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated: March 12, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge